UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW ARTHUR BARNES,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMANTHA SANTUCCIO,<br><br>    Defendant. | Case No. 19-cv-04072-RS (PR)<br><br>**ORDER REOPENING ACTION AND DISSOLVING STAY;**<br><br>**ORDER OF DISMISSAL** |

    This action was stayed for purposes of settlement. (Dkt. No. 24.) The matter has settled. (Dkt. No. 36.) The stay is DISSOLVED and the action is REOPENED. The Clerk shall modify the docket to reflect that this action is reopened.

    Pursuant to the parties' stipulation to voluntary dismissal with prejudice, this action is DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). (Dkt. No. 36.) The Clerk shall terminate all pending motions, enter judgment accordingly, and close the file.

    **IT IS SO ORDERED.**

**Dated:** December 16, 2022

    _____
    RICHARD SEEBORG
    Chief United States District Judge